-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PATRICK GUILLORY,

        Plaintiff,

    -v-                                       **DECISION and ORDER**
                                              14-CV-0265S

BRANDI FOLEY, et al.,

        Defendants.

On June 18, 2014, the Court (Hon. Richard J. Arcara), granted plaintiff permission to proceed *in forma pauperis* and, among other things, requested the New York State Attorney General's Office to ascertain the identity of defendant "Sergeant John Doe," so that the summons and complaint could be served upon him. (Docket No. 6.) The New York State Attorney General's Office identified that defendant as "Sergeant Jerome Slope," and indicated that he could be served at the Southport Correctional Facility. Accordingly,

IT HEREBY IS ORDERED that the Clerk of the Court is directed to revise the caption by including Sergeant Jerome Slope as a defendant in the place of Sergeant John Doe, and to cause the United States Marshals Service to serve the summons and complaint, this Order and the Order, filed June 18, 2014 (Docket No. 6), upon Sergeant Jerome Slope at the Southport Correctional Facility.

FURTHER, the Clerk of the Court is directed to forward a copy of this order via email to Michael J. Russo, Assistant Attorney General in Charge, Buffalo Regional Office <Michael.Russo@ag.ny.gov>, and, pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the complaint in accordance with the directions set forth in the Order, filed June 18, 2014 (Docket No. 6).

SO ORDERED

Dated:     07/31, 2014
Buffalo, New York

                                              WILLIAM M. SKRETNY
                                                   Chief Judge
                                          United States District Court